IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERSTATE CORPORATION, et al., | : | |
| | : | |
| v. | : | Case No. 23-cv-2778-JMY |
| | : | |
| ENVIRO USA. INC., et al., | | |

# ORDER

**AND NOW**, this 2nd day of October 2023, upon consideration of Plaintiff Interstate Corporation's Amended Complaint (ECF No. 6), and Enviro USA's Motion to Transfer (ECF No. 12), and all papers in support thereof and opposition thereto, it is hereby **ORDERED** that Defendants' Motion (ECF No. 12) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED**, in that the Clerk of Court shall transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Western District of Tennessee.

2. Defendant's Motion to Dismiss is **DENIED without PREJUDICE**.

IT IS SO ORDERED.

BY THE COURT:

    */s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**